No. 93–1488. NEW YORK *v.* MARTINEZ. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1596. ALABAMA *v.* WATKINS. Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1578. DIOCESE OF COLORADO ET AL. *v.* MOSES, NKA TENANTRY. Sup. Ct. Colo. Motions of American Association of Pastoral Counselors, Colorado Catholic Conference et al., and Bear Valley Church of Christ et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.